UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VEST,<br><br>                          Plaintiff,<br><br>          v.<br><br>CITY OF ONTARIO, et al.,<br><br>                          Defendants. | Case No. 5:17-cv-02541-ODW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendants' Motion for Summary Judgment, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts and adopts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Defendants' Motion for Summary Judgment is GRANTED and that Judgment be entered dismissing this action with prejudice.

Dated: August 18, 2020

_____
HONORABLE  OTIS D. WRIGHT, II
United States District Judge