# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VEST, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ONTARIO, et al., <br><br> Defendants. | Case No. 5:17-cv-02541-ODW (SHK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 18, 2020

_____
HONORABLE OTIS D. WRIGHT, II
United States District Judge